**Opinion issued April 19, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-01016-CV

———————————

**JAMES E. PHILLIPS AND VERONICA JOHNSON, Appellants**

**V.**

**MALAK ENTERPRISES, INC., Appellee**

---

**Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1061166**

---

## MEMORANDUM OPINION

Appellants, James E. Phillips and Veronica Johnson, have neither established indigence, nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's

fault).  After being notified that this appeal was subject to dismissal, appellants did not adequately respond.  *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal for want of prosecution.  We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Huddle.